IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ALLEN, | No. C 10-1289 MMC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| AMERICAN HOME MORTGAGE SERVICING, | |
| Defendant. | |

On July 9, 2010, plaintiff failed to appear as ordered at a regularly scheduled Case Management Conference in the above-titled action, and also failed to file a Case Management Statement as required.

Accordingly, plaintiff is hereby ordered to show cause, in writing, filed with the Court no later than July 23, 2010, why the case should not be dismissed for failure to prosecute.

If plaintiff fails to timely respond to this Order, the case will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: July 12, 2010

/s/ Vaughn R Walker
VAUGHN R WALKER for
MAXINE M. CHESNEY
United States District Judge