IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC ALLEN,  
        Plaintiff,  
  v.  
AMERICAN HOME MORTGAGE SERVICING,  
        Defendant.

No. C 10-1289 MMC

**ORDER OF DISMISSAL**

On July 9, 2010, plaintiff failed to appear as ordered at a regularly scheduled Case Management Conference in the above-titled action. By its Order to Show Cause issued July 12, 2010, the Court ordered plaintiff to show cause, in writing filed no later than July 23, 2010, why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. No response has been filed by plaintiff.

No good cause having been shown for plaintiff's failure to appear, the Court hereby orders the action DISMISSED without prejudice pursuant to Rule 41(b) for failure to prosecute.

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 2, 2010

MAXINE M. CHESNEY  
United States District Judge